IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12438-AA

_____

CLAUDIO MARCELO ROJAS,

                                                                                                      Plaintiff - Appellant,

versus

FIELD OFFICE DIRECTOR, MIAMI FIELD OFFICE,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
ASSISTANT FIELD OFFICE DIRECTOR, MIAMI FIELD OFFICE,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
Liana J. Castano,
ASSISTANT FIELD OFFICE DIRECTOR, MIAMI FIELD OFFICE,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
Mitchell Diaz,
JUAN ACOSTA,
Officer in Charge, Krome Service Processing Center,
Immigration and Customs Enforcement,
SECRETARY OF HOMELAND SECURITY, et al.,

                                                                                    Defendants - Appellees.

_____

On Appeal from the United States
District Court for the Southern District of Florida

_____

Before MARTIN, ROSENBAUM, and TALLMAN[*]

ORDER:

     This matter is before the Court on Appellant Claudio Rojas's August 27, 2021 Notice to the Court. Based on that Notice, it appears that this case is now moot. The parties shall either file a notice of dismissal or show cause why this case is not moot by September 17, 2021.

---

[*] Honorable Richard C. Tallman, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.